UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00233-JPH-MJD |
| | ) | |
| DOMANIC WILLIAMS | ) | |
| a/k/a DONMANIC WILLIAMS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Tim A. Baker's Report and Recommendation and all findings therein, dkt. [71].  The Court now **ORDERS** that Domanic Williams' supervised release is therefore **REVOKED**, dkt. [66], and Mr. Williams is sentenced to the custody of the Attorney General or his designee for imprisonment of 14 months with no supervised release to follow.  The Court recommends placement at FCI Pekin, Illinois, and participation in a non-residential drug treatment program.  Violations number 2 and 3 are **DISMISSED**.

**SO ORDERED.**

Date: 7/24/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

All electronically registered counsel

Electronic Notice to USPO

Electronic Notice to USM-C